**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DENNIS A BARNES,

    Petitioner,

v.                                    CASE NO. 5:12-cv-00220-MP-EMT

KENNETH S TUCKER,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 22, 2011. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Upon consideration, the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice.

**DONE AND ORDERED** this _26th_ day of November, 2012

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge